David H. Waters, CASB# 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB# 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for the Federal Deposit Insurance Corporation
as Receiver for Defendant IndyMac Federal Bank, FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELICIA MASON<br><br>   Plaintiff,<br><br>v.<br><br>INDYMAC FEDERAL BANK; MORTGAGEIT, INC.; NDEX WEST, LLC; MD MORTGAGE GROUP INC.; JAMES DEVORA; KEVIN RUSCH; and DOES 1-20, inclusive,<br><br>   Defendants. | No.  2:10-CV-00986-JAM-EFB<br><br>**ORDER DISMISSING INDYMAC FEDERAL BANK, F.S.B. AND FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF INDYMAC FEDERAL BANK, F.S.B.** |

///

///

///

1

[PROPOSED] Order Dismissing IndyMac Federal Bank, F.S.B. and Federal Deposit Insurance Corporation As Receiver of IndyMac Federal Bank, F.S.B    2:10-CV-00986-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1  GOOD CAUSE APPEARING therefore, it is hereby Ordered that the Complaint of
2  Plaintiff DELICIA MASON be, and is hereby, dismissed with prejudice as to IndyMac Federal
3  Bank, FSB and Federal Deposit Insurance Corporation, as Receiver of IndyMac Federal Bank,
4  FSB.  Each party shall bear her or its own costs.

DATED: May 3, 2010        /s/ John A. Mendez
                          JOHN A. MENDEZ,
                          JUDGE OF THE U.S. DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA

**1005091**

PDF created with pdfFactory trial version www.pdffactory.com