UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DELICIA MASON,

    Plaintiff,                                        No. CIV. S-09-1836 FCD DAD

    v.

INDYMAC FEDERAL BANK, et. al.,        **RELATED CASE ORDER**

    Defendants.
_____/

DELICIA MASON,

    Plaintiff,                                        No. CIV. S-10-0986 JAM EFB

    v.

INDYMAC FEDERAL BANK, et. al.,

    Defendants.
_____/

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under Local Rule 123 merely has the
2  result that these actions are assigned to the same judge; no consolidation of the actions is
3  effected. Under the regular practice of this court, related cases are generally assigned to the
4  judge and magistrate judge to whom the first filed action was assigned.

5  IT IS THEREFORE ORDERED that the action denominated, CIV. S-10-0986 JAM EFB
6  is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Dale A. Drozd for all
7  further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby
8  VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown
9  as: **CIV. S-10-0986 FCD DAD**.

10  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
11  assignment of civil cases to compensate for this reassignment.

12  IT IS FURTHER ORDER that the Clerk of Court issue an Order Requiring a Joint Status
13  Report for the undersigned.

14  IT IS SO ORDERED.

15  DATED: May 5, 2010

16  _____
      FRANK C. DAMRELL, JR.
17    UNITED STATES DISTRICT JUDGE